AUSA: Diane Princ            Telephone: (313) 226-9100
Special Agent: Matthew Hughes   Telephone: (313) 965-2323

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
   v.
Rami Rafic JERGESS

Case No. 25-mj-30542

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ____7-21-2025, 7-22-2025, 7-23-2025____ in the county of _____Wayne_____ in the ____Eastern____ District of _____Michigan_____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2251(a) & (e) | Production of child pornography, including attempt. |
| 18 U.S.C. § 2422(b) | Cocerion and enticement. |
| 18 U.S.C. § 1470 | Transfer of obscene material to minors. |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_____
Complainant's signature

Matthew R. Hughes, Special Agent (FBI)
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: __August 26, 2025__

_____
*Judge's signature*

City and state: _Detroit, Michigan_     Hon. Anthony P. Patti, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR A CRIMINAL COMPLAINT AND ARREST WARRANT

I, Matthew R. Hughes, a Special Agent with the Federal Bureau of Investigation (FBI), being duly sworn, depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1.  I have been employed as a Special Agent of the FBI since October 2019 and am currently assigned to the FBI Detroit Division. While employed by the FBI, I have investigated federal criminal violations related to internet fraud, computer intrusions, and the FBI's Innocent Images National Initiative, which investigates matters involving the online sexual exploitation of children. I have gained experience through training at the FBI Academy, post Academy training, and everyday work related to conducting these types of investigations.

2.  I have received training in the area of child pornography and child exploitation and have reviewed numerous examples of child pornography (as defined in 18 U.S.C. § 2256) in all forms of media including computer media. Moreover, I am a federal law enforcement officer who is engaged in enforcing criminal laws, including 18 U.S.C. § 2252A. I am authorized by law to request a arrest warrant.

3.  This affidavit is made in support of an application for a criminal complaint and arrest warrant for **Rami Rafic Jergess** for violations of 18 U.S.C. § 1470 (Transfer of Obscene Materials to Minors), 18 U.S.C. § 2251(a) and (e)

(Production of Child Pornography, including attempt), and 18 U.S.C. § 2422(b) (Coercion and Enticement).

4. The statements contained in this affidavit are based in part on information provided by U.S. federal law enforcement agents, written reports about this and other investigations that I have received, directly or indirectly, from other law enforcement agents/officers, information gathered from investigative sources of information, and my experience, training, and background as a special agent. Because this affidavit is being submitted for the limited purpose of securing authorization for the requested arrest warrant, I have not included each and every fact known to me concerning this investigation. Instead, I have set forth only the facts that I believe are necessary to establish probable cause that Scott has violated the above offenses.

## PROBABLE CAUSE

5. On or about July 27, 2025, an officer with the Davie Police Department responded to a call at MV-1's home in Florida. At MV-1's home, the officer spoke to MV1's mother, who provided a statement regarding the exploitation of her minor daughter that summer. Specifically, MV-1's mother stated that MV-1 was staying at an international school in Lausanne, Switzerland during July 2025.

6. During her stay at the international school, MV-1 and her roommates visited an internet site known to law enforcement as a website where individuals are

randomly matched with others for video and/or chat conversations. The website does not require that users provide any contact or registration information to access it and be matched with others.

7. While on the website, MV-1 met an individual who used the first name "Rami" (later identified as the SUBJECT INDIVIDUAL). JERGESS was described as a male with short brown hair and a short beard. MV-1 and JERGESS exchanged phone numbers and agreed to talk on WhatsApp. WhatsApp is known to law enforcement as a phone application that allows users to call each other using video or audio as well as text and exchange videos and images.

8. MV-1 stated that she and JERGESS and would text throughout the day and have video calls at night when she was in her dorm room. MV-1 told JERGESS she was 13 years old when they began texting each other. JERGESS initially told MV-1 that he was 23 but later informed her he was 31 (*i.e.*, JERGESS's actual age at that time).

9. MV-1 stated that on Sunday, July 20, 2025, while on a video call, Rami asked MV-1 to show him her body. MV-1 agreed if Rami told her his full name and she could look him up. Rami stated his full name was Rami Rafic JERGESS and provided his date of birth. The date of birth JERGESS provided to MV-1 matched his driver's license information.

3

10. MV-1 stated JERGESS asked her to him her "nipples and pussy." MV-1 then undressed and engaged in a nude video chat with JERGESS during which MV-1 displayed her nude genitalia to JERGESS. MV-1 stated she could see JERGESS was masturbating on the call.

11. On Monday, July 21, 2025, JERGESS asked MV-1 for nude images throughout the day, but MV-1 declined.

12. MV-1 engaged in nude video chats with JERGESS on July 21 and July 22, 2025. On July 23, 2025, JERGESS asked MV-1 to insert a brush into her vagina, but MV-1 declined. JERGESS masturbated during each of the video chats with MV-1.

13. JERGESS told MV-1 that he wanted to visit her in South Florda. He told MV-1 that he lived in Michigan.

14. MV-1's mother stated that a teacher overheard MV-1 describing the chats with JERGESS to her friends. The teacher reported it to a school administrator who informed MV-1's mother. MV-1's mother then travelled to Lausanne, Switzerland and met with her daughter. MV-1's mother also reviewed MV-1's phone but discovered the chats between MV-1 and JERGESS had been deleted.

15. MV-1 stated that JERGESS's name was disguised as "dominik" with a red heart emoji. The phone number associated with the WhatsApp contact was 313-467-8078.

4

16. MV-1 returned to her home in South Florida on or about July 25, 2025.

17. MV-1 was present at her home when the DPD officer interviewed MV-1's mother. MV-1 confirmed her mother's account.

18. On July 31, 2025, WhatsApp provided a response to a subpoena for the account associated with the phone number 313-467-8078. The return identified the IP address last used by the account as 2601:40D:600:b750:84aa:8212:5c5d:4583 on July 31, 2025. The phone associated with the WhatsApp account was identified as an iPhone 13 Pro Max.

19. The IP address used by the WhatsApp account was serviced by Comcast. A subpoena was served to Comcast on August 1, 2025. A return was provided the same day. The subscriber for the account was identified as Rania Jergess with the service address of 6425 Highview Street, Dearborn Heights, MI.

20. Michigan secretary of state records identified 6425 Highview Street, Dearborn Heights, MI as JERGESS's address of record.

21. A subpoena was served to T-Mobile on August 15, 2025 for the phone number 313-467-8078. A return was received the same day identifying Rania Jergess as the subscriber and the billing address as 6425 Highview Street, Dearborn Heights, MI.

22. On August 26, 2025, a federal search warrant was executed at 6425 Highview Street, Dearborn Heights, MI. JERGESS was located at the residence and

5

arrested. An iPhone 13 Pro Max was located and collected for evidence; however, it was locked and could not be previewed.

## CONCLUSION

23. Based on the foregoing, there is probable cause to believe Rami Rafic Jergess has committed violations of 18 U.S.C. § 1470 (Transfer of Obscene Materials to Minors), 18 U.S.C. § 2251(a) and (e) (Production of Child Pornography, including attempt), and 18 U.S.C. § 2422(b) (Coercion and Enticement).

Respectfully submitted,

Matthew R. Hughes, Special Agent
Federal Bureau of Investigation

Sworn to before me and signed in my presence
And/or by reliable electronic means.

HON. ANTHONY P. PATTI
UNITED STATES MAGISTRATE JUDGE

Date: August 26, 2025

6